**UNITED STATES of America, Plaintiff—Appellee,**

v.

**David Corey JOHNSON, Defendant—Appellant.**

**No. 08–8163.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 20, 2009.

Robert J. Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. James Brien Comey, Jr., Office of the United States Attorney, John Staige Davis, V., Brian Ronald Hood, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Corey Johnson appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 3:01–cr–00117–REP–1 (E.D.Va. Sept. 22, 2008). We deny

Johnson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*